UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZUHAIR MAHMOUD, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 20-1935 (GMH) |
| CARLA HAYDEN, Librarian of Congress, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report on or before May 9, 2022.

It is SO ORDERED.

_____  
Dated

_____  
G. MICHAEL HARVEY  
United States Magistrate Judge