UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZUHAIR MAHMOUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-1935 (GMH) |
| | ) |
| CARLA HAYDEN, | ) |
| Librarian of Congress, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 7, 2022, Order, Plaintiff Zuhair Mahmoud and Defendants Carla Hayden, in her official capacity as Librarian of Congress and Bernard Barton, in his official capacity as Chief Information Officer of the Library of Congress, file this joint status report to apprise the Court of the parties' mediation efforts in this case brought pursuant to Sections 207(a), 1311 and 1331(a) and 1331(b) of the Congressional Accountability Act.

As previously reported, the parties reached an agreement in principle. Due to the unexpected two-month absence of undersigned counsel for Defendants because of the passing of an immediate family member, the parties are still working on finalizing and executing the agreed-upon terms. Counsel for Defendants anticipates that this process will be completed within the next two weeks, at which time the parties may file a stipulation of dismissal. Thus, the parties therefore propose that they file a joint status report with the Court by June 9, 2022, apprising the Court of the parties' progress in resolving this dispute, if a stipulation of dismissal has not yet been filed. A proposed order is included herein.

Dated: May 9, 2022					Respectfully submitted,


						/s/ *Kerrie D. Riggs*
						Kerrie D. Riggs
						Kator, Parks, Weiser & Harris, P.L.L.C.
						1200 18th Street, N.W. Suite 1000
						Washington, DC 20036
						(202) 898-4800
						Fax: (202) 289-1389
						kriggs@katorparks.com

						*Counsel for Plaintiff*


						MATTHEW M. GRAVES, D.C. Bar No. 480152
						United States Attorney

						BRIAN P. HUDAK
						Chief, Civil Division

				By:	*/s/ Brenda González Horowitz*
						BRENDA GONZÁLEZ HOROWITZ
						D.C. Bar No. 1017243
						Assistant United States Attorney
						U.S. Attorney's Office, Civil Division
						601 D St., N.W.
						Washington, D.C. 20530
						Tel: (202) 252-2512
						Brenda.Gonzalez.Horowitz@usdoj.gov

						*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZUHAIR MAHMOUD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLA HAYDEN, )<br>Librarian of Congress, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 20-1935 (GMH) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report on or before June 9, 2022, if a stipulation of dismissal has not yet been filed.

It is SO ORDERED.

_____          _____
Dated                                                G. MICHAEL HARVEY
                                                       United States Magistrate Judge