**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ZUHAIR MAHMOUD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 20-cv-1935 (GMH) |
| | ) | |
| **LIBRARY OF CONGRESS,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

In April 2021, this employment discrimination case was referred to the undersigned for all purposes including trial. At the initial conference in May 2021, the parties consented to a referral of the case to the Circuit Mediator's District Court Mediation Program for the purposes of settlement discussions. ECF No. 21. Because, at that time, Plaintiff was proceeding *pro se*, the Court further ordered counsel to be appointed for Plaintiff for the limited purpose of those settlement discussions. ECF No. 20. Counsel appeared on Plaintiff's behalf in June 2021, and the parties filed a status report informing the Court on October 4, 2021, that they had reached an agreement in principle and were "working on formalizing their agreement." ECF No. 25. Seven months and six status reports later, that agreement has still not been finalized. *See* ECF Nos. 27, 29, 31, 33, 35, 37. Accordingly, it is hereby

**ORDERED** that the parties shall appear for a status conference on **June 1, 2022, at 11:00 a.m.** It is further

**ORDERED** that, if the parties file a stipulation of dismissal prior to that date, the status conference will be vacated.

**SO ORDERED.**

Date: May 9, 2022

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE