UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZUHAIR MAHMOUD, )<br>)<br>*Plaintiff*, )<br>)<br>) | Civ. A. No. 20-1935 (GMH) |
| CARLA HAYDEN, )<br>Librarian of Congress, *et al.*, )<br>)<br>*Defendants*. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 18, 2022  Respectfully submitted,

/s/ *Kerrie D. Riggs*
Kerrie D. Riggs
Kator, Parks, Weiser & Harris, P.L.L.C.
1200 18th Street, N.W. Suite 1000
Washington, DC 20036
(202) 898-4800
Fax: (202) 289-1389
kriggs@katorparks.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney

U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Counsel for Defendants*

      It is this _____ day of _____, 2022 ORDERED that this action is dismissed WITH PREJUDICE.

                                                                   G. MICHAEL HARVEY
                                                            United States Magistrate Judge