# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZUHAIR MAHMOUD,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-1935 (GMH) |
| **LIBRARY OF CONGRESS,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

The parties having filed a stipulation of dismissal, ECF No. 39, it is hereby

**ORDERED** that the status conference scheduled for June 1, 2022, is **VACATED**. It is further

**ORDERED** that this action is **DISMISSED**. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date: May 19, 2022

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE